IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN FRANCISCO QUINTANILLA, Jr.,

      Plaintiff,

vs.                                     CIV No. 2:20-01264-KRS

ANDREW SAUL,
**Commissioner of Social Security,**

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR EXTENSION OUT OF TIME

THIS MATTER having come before the Court upon Defendant's Unopposed Motion for Leave to File Extension Out of Time (Doc. 14), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Exhibit A to the motion is accepted for filing Defendant is granted through May 7, 2021, to file his answer or otherwise respond to Plaintiff's Complaint.

                                                  _____
                                                  KEVIN R. SWEAZEA
                                                  United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 03/08/2021*
SARAH VAN ARSDALE BERRY
Special Assistant United States Attorney

*Electronically approved 03/08/2021*
JAIME F. RUBIN
Attorney for Plaintiff