# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**JUAN FRANCISCO QUINTANILLA, JR.,**

    **Plaintiff,**

vs.                          CIV NO. 2:20-01264-KRS

**ANDREW SAUL,**
**Commissioner of Social Security,**

    **Defendant.**

## ORDER GRANTING JOINT MOTION TO RESET

THIS MATTER, having come before the Court upon the parties' Joint Motion to Reset Briefing Deadlines (ECF No. 23), and the Court having read the motion and being fully advised in its premises, finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Reverse or Remand Agency Decision is due Monday, August 16, 2021; Defendant's Response is due on Friday, October 22, 2021; and Plaintiff's Reply (if any) is due Friday, November 5, 2021.

_____
KEVIN R. SWEAZEA
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved*
JAIME F. RUBIN
Attorney for Plaintiff