# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JUAN FRANCISCO QUINTANILLA, JR.,

    **Plaintiff,**

  v.                                                               CIV. NO. 2:20-01264-KRS

ANDREW SAUL,
  **Commissioner of Social Security,**

    **Defendant.**

## ORDER

On consideration of Defendant's Unopposed Motion for Remand to Agency pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 25), the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Commissioner for further administrative proceedings.

 

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

    FRED J. FEDERICI
    Acting United States Attorney

    /s/ M. Thayne Warner
    M. THAYNE WARNER
    Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    1961 Stout Street, Suite 4169
    Denver, CO 80294-4003
    303.844.7237
    thayne.warner@ssa.gov

    ATTORNEYS FOR DEFENDANT

Approved by:

    /s/ *Jaime F. Rubin* [1]
    JAIME F. RUBIN, Esq.
    Jaime F. Rubin, LLC
    P.O. Drawer 151
    Truth or Consequences, NM 87901
    Phone: (575) 894-3031
    Fax: (575) 894-3282
    jrubin@zianet.com

    ATTORNEY FOR PLAINTIFF

---

[1] On July 6, 2021, by email message, Mr. Rubin authorized Mr. Warner to electronically sign this proposed order on his behalf.