IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN FRANCISCO QUINTANILLA, JR.,

    Plaintiff,

v.                                          No. 20-cv-1264 KRS

ANDREW SAUL, Commissioner
of the Social Security Administration,

    Defendant.

## JUDGMENT

Having granted Defendant's Unopposed Motion to Remand to Agency in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE